# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ARTURO GONZALEZ RUIZ,**

    Petitioner,

vs.                                        Case No. 4:17cv479-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, submitted an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 5, alleging that Respondents are holding him indefinitely. Petitioner is a native and citizen of Cuba, who arrived in the United States in 1980 as part of the Mariel Boatlift. Petitioner was taken into ICE custody on June 24, 2017, but he asserts that "Cuba will deny any and all requests for travel documents as there are currently no formal diplomatic relations between Cuba and the United States." Petitioner seeks release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). ECF No. 5.

Respondents have filed a motion to dismiss the amended petition because Petitioner had been released under an order of supervision. ECF No. 12. Attached to the motion is an exhibit revealing that Petitioner was released from detention on January 23, 2018. ECF No. 12-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

Additionally, the motion to dismiss contains a certificate of service which indicates the document was provided to Petitioner at his address of release, 40 Moree Loop #9, Winter Springs, Florida 32708. ECF No. 12 at 4; *see also* ECF No. 12-1 at 3. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 40 Moree Loop #9, Winter Springs, Florida 32708, and his address of record at the Wakulla County Jail.

**REPORT AND RECOMMENDATION**

In light of Respondents' showing that Petitioner has been released from detention, it is respectfully **RECOMMENDED** that the motion to

dismiss, ECF No. 12, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on February 7, 2018.

   S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**