IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTURO GONZALEZ RUIZ,

    Petitioner,

v.                                        CASE NO. 4:17cv479-RH/CAS

JEFF SESSIONS et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation ECF No. 13. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The petition is dismissed as moot. The clerk must enter judgment and close the file.

SO ORDERED on April 10, 2018.

                                                     s/Robert L. Hinkle
                                                     United States District Judge